## DOW v. KELLY.

City sheriffs have power to serve all lawful writs directed to them in said city.

ERROR to reverse a judgment of the County Court, in an action brought by Dow v. Kelly, on a note, by writ directed to the sheriff of the city of Norwich to serve and return; said Kelly was also described to be of said city. The writ was served and returned by the city sheriff, to the County Court to which it was returnable.

Plea in abatement — That by law the city sheriff had right to serve no writs, but such as were returnable before the City Court, mayor, or aldermen, and that said service was void.

Judgment — That the plea was sufficient.

Error assigned — That judgment ought to have been that said plea was insufficient.

And by the COURT. There is manifest error in the judgment complained of. Although, the mayor and aldermen have right to sign writs returnable before some court in the corporation only; yet the sheriffs of said city within the limits of said city, have the same powers and authorities and are

liable to the same suits and penalties, for neglect of duty, in any case whatever, to all intents and purposes, as sheriffs of the counties are; and must obey all lawful writs directed to them, by courts or magistrates not of the city, which are to be executed within the city.